UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GORDON DITTMER,

      Plaintiff,

v.

R. CORNEJO, et al.,

      Defendants.
_____/

Case No. 03-74700

Honorable Arthur J. Tarnow
United States District Judge

Magistrate Judge Paul Komives

## JUDGMENT

In accordance with the Order entered on this day 14th day of July, 2005,

**IT IS ORDERED AND ADJUDGED** that this case shall be **DISMISSED**.

Dated at Detroit, Michigan, this 15th day of July, 2005.

                DAVID J. WEAVER
                CLERK OF THE COURT

                BY: Theresa E. Taylor
                     Deputy Clerk

**Approved:**

**s/Arthur J. Tarnow**

            Arthur J. Tarnow
            United States District Judge

**Dated:  July 14, 2005**

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 14, 2005, by electronic and/or ordinary mail.

       s/Theresa E. Taylor

       Case Manager